# Court of Appeals
# of the State of Georgia

ATLANTA,  October 25, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0476. JONAH SANDERS v. THE STATE.**

In 2006, Jonah Sanders pled guilty to a 23-count indictment. The trial court subsequently vacated certain sentences, and Sanders was re-sentenced on May 9, 2019. In August 2019, Sanders filed a motion to modify his sentence, which he subsequently amended. Sanders also filed a motion to withdraw his guilty plea. On September 12, 2022, the trial court entered an order dismissing both motions.[1] In Case No. A23A0475, Sanders appealed the order to the extent it denied his motion to modify his sentence; in Case No. A23A0476, Sanders appealed the order to the extent it denied his motion to withdraw his guilty plea. As both appeals are from the same order, Case No. A23A0476 is duplicative. Accordingly, the appeal in A23A0476 is

---

[1] Although the trial court titled its ruling as an "Order Denying Motion to Correct Void Sentence," we construe the motion according to its substance rather than its nomenclature. See *State v. Singh*, 291 Ga. 525, 526 (1) (731 SE2d 649) (2012).

hereby DISMISSED as superfluous. Sanders is DIRECTED to submit his filings under Case No. A23A0475.



*Court of Appeals of the State of Georgia*

     *Clerk's Office, Atlanta,*   *10/25/2022*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*